IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNIE HOZE,

       Petitioner,             No. CIV S-09-2813 KJM P

   vs.

KEN CLARK, Warden, et al.,

       Respondents.       <u>ORDER</u>

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  In his application, petitioner challenges the execution of his sentence.   He is confined in Kings County which lies within the jurisdiction of the Fresno division of this court.  When a prisoner challenges the execution of his sentence, the preferable venue is the court with jurisdiction over the place where the prisoner is confined.  <u>See</u> <u>Dunne v. Henman</u>, 875 F.2d 244, 249 (9th Cir. 1989).

       Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

/////

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1.  This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4    2.  All future filings shall reference the new Fresno case number assigned and

5  shall be filed at:

6          United States District Court
           Eastern District of California
7          1130 "O" Street
           Fresno, CA 93721

8

9  DATED:  October 19, 2009.

10                                          _____
                                            U.S. MAGISTRATE JUDGE
11

12  1
    hoze2813.109

13

14

15

16

17

18

19

20

21

22

23

24

25

26